**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2-05-bk-23627-SSC |
|---|---|
| PRYBYLSKI, KATHLEEN M.F., | ) Chapter 7 |
| Debtor. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3005 | 1/20/10 | West Verizon Wireless
PO Box 3397
Bloomington, IL 61702 | $12.52 |

Dated this 23rd day of June, 2010.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee